**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JASON NUFIO (STAKE.US USER WITHIN THE UNITED STATES), individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SWEEPSTEAKS LTD. d/b/a STAKE.US, KICK STREAMING PTY LTD., AUBREY DRAKE GRAHAM p/k/a DRAKE, ADIN ROSS, LIVINGSTON ALLEN p/k/a DJ AKADEMIKS, and GEORGE NGUYEN; and JOHN DOES 1-10 (fictitious names of persons whose identities are not yet known) and ABC CORPORATIONS 1-10 (fictitious corporations or other business entities whose identities are not yet known),<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil A. No. 3:26-cv-8394-RK-JBD (RMB/MJS) |

**CIVIL RULE 7.1.1(A) DISCLOSURE OF THIRD-PARTY LITIGATION FUNDING**

1. **Identity of Funder**. Plaintiff has entered into a litigation funding agreement with Poleg, LLC (the "Funder"), a New York limited liability company with its principal office at 477 Madison Ave., New York New York. Funder was organized under the laws of New York.

2. **Authority Over Litigation or Settlement Decisions**. The Funder does not possess, and its approval is not required for any litigation or settlement decision in this action. Plaintiff and his counsel retain exclusive authority and control over the strategy, prosecution, resolution, and settlement of this matter.

3. **Nature of Financial Interest**. The Funder provided Plaintiff with a forgivable loan in order to pay legal fees. Repayment is only contingent upon the result of this litigation, with repayment happening only upon and if the recovery exceeds the amount of the loan, with such repayment on a contingency basis.

Respectfully submitted,

By: s/Eric H. Lubin, Esq.
Eric H. Lubin, Esq.
Lomurro, Munson LLC
4 Paragon Way, Suite 100
Freehold, NJ 07728
T: 732-414-0300
E: @lomurrolaw.com
Attorneys for Plaintiff Jason Nufio, et al

Dated: August 14, 2026