**NITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE**: TRENTON

**DATE**: SEPTEMBER 18, 2026

**JUDGE** ROBERT KIRSCH

**COURT REPORTER**: PAULA HOROVITZ

**TITLE OF CASE**:

**DOCKET NO. 26-CV-8394 (RK) (JBD)**

JASON NUFRIO
v.
SWEEPSTEAKS LTD ET AL

**APPEARANCES**:
George Kostel, Esq., counsel for the Plaintiff
Hillary Dang, Esq., counsel for the Defendants

**NATURE OF PROCEEDINGS**: TELEPHONE CONFERENCE

Telephone Conference held.

Order to follow.

**Time Commenced:** 10:00 a.m.
**Time Adjourned**: 10:25 a.m.
**Total Time**: 25 minutes

s/ Patricia Markey
DEPUTY CLERK