**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JASON NUFIO, *individually and on behalf of others similarly situated*,<br><br>Plaintiff,<br>v.<br><br>Sweepsteaks Ltd. d/b/a Stake.us, et al.,<br><br>Defendants. | Civil Action No. 26-8394 (RK) (JBD)<br><br>**MEDIATION ORDER** |

**THIS MATTER** having come before the Court and it appearing that mediation would conserve the resources and be in the best interests of the Court and the parties,

**IT IS** on this 18th day of September, 2026, **ORDERED** that:

1. This civil action be and hereby is referred to mediation by consent of the parties;
2. Counsel and the parties shall participate in mediation and shall cooperate with the Mediator: Hon. Dennis M. Cavanaugh, U.S.D.J. (ret.);
3. Counsel must promptly contact Judge Cavanaugh to coordinate the submission of materials in anticipation of the video conference scheduled for **Thursday, October 8, 2026**;
4. It is expected that counsel and the parties, including individuals with settlement authority, shall attend an in-person mediation session at the offices of McElroy, Deutsch, Mulvaney & Carpenter, LLC in Morristown, New Jersey, on a date in January 2027 to be determined upon the agreement of Judge Cavanaugh and the parties;
5. The fees associated with mediation shall be split equally between the parties;
6. Pending the completion of mediation, all deadlines in this action, including the deadline

to file a Motion pursuant to Federal Rule Civil of Procedure 12 or any other responsive pleading, shall be stayed;

7. Upon completion of mediation, counsel are to advise the Court of the outcome.

**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**